**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,

    Plaintiff,

  v.

VANLIN, LLC; SHADI EDWARD
SAN; EYE POD OPTOMETRY, INC.,

    Defendants.

Case No. CV 19-7525 PA (PDx)

JUDGMENT OF DISMISSAL

   In accordance with the Court's November 19, 2020 Minute Order dismissing the action filed by plaintiff Chris Langer ("Plaintiff") for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

 DATED: November 19, 2020

             _____
                Percy Anderson
          UNITED STATES DISTRICT JUDGE